In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the SOUTHERN SURETY COMPANY OF NEW YORK. Claim of 111 JOHN STREET CORPORATION, Appellant, S. & M. No. 3372.— 111 John Street Corporation filed claims for $512,076.25 with the Superintendent of Insurance as liquidator of the Southern Surety Company for loss of rent and damages under six written leases entered into with the Southern Surety Company. These claims were disallowed by the Superintendent of Insurance. Objections were filed to the disallowance, and the matter was referred to a referee to hear and report. The appeal is from so much of the order as confirms that portion of the report of the referee which disallows the claim of 111 John Street Corporation for any sum in excess of $30,302.53, and disallows the claim for any sum in excess of $30,302.53. Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

ROYAL FACTORS CORPORATION, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Appeal from a determination of the Appellate Term of the Supreme Court, which reversed an order of the Municipal Court, Borough of Manhattan, Fourth District, and granted plaintiff's motion for partial summary judgment. Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEANAL REALTY CORPORATION, Appellant, v. GEORGE H. FLINN CORPORATION, Respondent.— Order, so far as appealed from, denying plaintiff's motion to strike out the second separate and complete defense in the answer as insufficient in law, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer and Dore, JJ.

HAYUNGA HOLDING CORPORATION, Appellant, v. RODGERS & HAGERTY, INC., Respondent.— Order denying plaintiff's motion to strike out the defense of the Statute of Limitations contained in paragraph third of the answer unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer and Dore, JJ.

RUTH PAVEY BECKER, Respondent, v. WILLIAM P. BECKER, Appellant.— Order granting plaintiff's motion to strike out the second, third and fourth separate defenses contained in paragraphs 4 to 14, inclusive, of the amended answer as insufficient in law, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SCHNUR REALTY CO., INC., Appellant, v. 906 INTERVALE AVENUE REALTY CORPORATION and Others, Respondents, Impleaded with Another.— Order denying plaintiff's motion for the entry of a deficiency judgment against defendants-respondents in favor of plaintiff unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.